UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:25-CV-133-TAV-DCP ) |
| ALTON TRAVOYE ROBERTSON, | ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the matter of Defendant Alton Travoye Robertson's representation and the Motion for Admission Pro Hac Vice, filed by Attorney Jason Terrel Johnson ("Attorney Johnson") on February 12, 2026 [Doc. 32]. 28 U.S.C. § 636(b).

Defendant Robertson had his initial appearance before this Court on January 6, 2026 [Doc. 13]. At that hearing, Attorney Johnson, who is not admitted to practice in this Court, appeared with Defendant and was instructed by the Court to promptly file his pro hac vice ("PHV") motion. On January 12, 2026, having not received Attorney Johnson's PHV motion, the Clerk's Office issued a notice of deficiency, advising Attorney Johnson that this matter would be referred to a magistrate judge if the PHV motion was not filed within fifteen days of the notice [Doc. 20]. On January 28, 2026, the Court entered a show cause order directing Attorney Johnson to show cause by January 30, 2026, as to why his representation of Defendant should not be terminated for failure to file the appropriate PHV materials [Doc. 25].

Attorney Johnson failed to respond to the show cause order by the January 30, 2026 deadline, and the Court set a hearing on the matter of Defendant's representation for February 5, 2026 [*See* February 3, 2026 Notice of Hearing]. At the February 5 hearing, Attorney Johnson appeared via Zoom and said he had instructed someone to get his letter of good standing, but that

they had difficulty getting the letter and that he would be sending his PHV materials via express mail [Doc. 27]. Assistant Federal Defender Nakeisha Jackson ("Attorney Jackson") was present at the Court's request and was provisionally appointed as counsel for Defendant, pending final action on Attorney Johnson's PHV admission.

On February 11, 2026, still not having received Attorney Johnson's PHV motion, the Court held a telephonic status conference on the matter [Doc. 31].[1] At that hearing, Attorney Johnson represented that his PHV materials had been sent via mail on the afternoon of February 5. On February 12, 2026, the Clerk's Office received Attorney Johnson's PHV motion [Doc. 32]; however, it was noted that the previously entered deficiency notice had not been corrected because Attorney Johnson's money order was unsigned and being returned to him for signature [*See* February 12, 2026 Continued Deficiency Notation].

On February 17, 2026, the Court held another telephonic status conference on the matter of Attorney Johnson's PHV status where he represented that he would be sending a new money order in the mail [Doc. 35]. The Court set a follow up status conference for February 23, 2026. At the February 23 conference, Attorney Johnson represented he had sent the new money order but was unable to access the tracking information to inform the Court of its whereabouts [Doc. 37]. The Court set a final status conference for February 25, 2026, and directed Attorney Johnson to be prepared to address the tracking status of the money order as of that date, if necessary.

At the February 25, 2026, conference, the Court noted that the signed money order still had not been received, and Attorney Johnson was unable to provide the tracking information, as

---

[1] At each telephonic conference held in this matter, Attorney Jackson appeared for Defendant Roberton, who was also present on the call, and Assistant United States Attorney Keith Cook, represented the Government.

previously directed.[2] The Court therefore finds that Attorney Johnson has failed to comply with the requirements for appearing pro hac vice in this Court, which includes prepayment of a fee. *See* E.D. Tenn. L.R. 83.5 ("Applicants must pay a fee of $150.00 upon filing a motion for admission *pro hac vice*").

Accordingly, the Court **DENIES** Attorney Johnson's Motion for Leave to Appear Pro Hac Vice [**Doc. 32**]. Defendant Alton Travoye Robertson **SHALL** obtain new counsel on or before **March 11, 2026**.[3]

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

---

[2] While Attorney Johnson offered to send another check via overnight mail, the Court declines to further prolong this matter as Attorney Johnson has had more than ample time to complete the PHV process and has failed to do so, without sufficient justification.

[3] The Court has previously informed Defendant that he will have to pay for compensation of court-appointed counsel, Attorney Jackson, who has provisionally represented him, because Defendant does not qualify for Court appointed counsel.

3