UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
v.                                           )          No. 3:25-CR-133-TAV-DCP
                                             )
ALTON T. ROBERTSON and                       )
RONALD EDWARD BRYANT,                         )
                                             )
                    Defendants.              )

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate.

This case is before the Court on Defendant Alton T. Robertson's Motion to File Form 4 Financial Affidavit Under Seal and Ex Parte ("Motion to Seal") [Doc. 69, SEALED], filed on June 12, 2026. The Form 4 Financial Affidavit and accompanying Reasons in Support was filed as Doc. 70 [Doc. 70, SEALED].

Defendant asks the Court to allow him to file the Form 4 Financial Affidavit and the Reasons in Support ex parte and under seal, because the information contained in the Affidavit is confidential financial information [*Id.* at 1]. For the reasons shown, and because the motion is narrowly tailored to meet the need of the seal, the Court **GRANTS** Defendant's Motion to Seal [**Doc. 69**]. *See* E.D. Tenn. L.R. 26.2(b); *see also Grae v. Corr. Corp. of Am.*, 134 F.4th 927, 931–32 (6th Cir. 2025) (granting a motion to seal where the moving party can show a compelling reason and the seal itself is narrowly tailored to serve that reason).

The Clerk's Office is **DIRECTED** that [**Doc. 70**] shall remain **UNDER SEAL**. The Clerk's Office is further **DIRECTED** to **UNSEAL** Defendant's Motion to Seal [**Doc. 69**].

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

2